IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 1 1 2008

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | |
|---|---|
| SOURCE DATA ACQUISITION, LP, D/B/A WE SCAN IDS, ET AL., Plaintiffs, and THE TALBOT GROUP, INC., D/B/A IDPRO, Defendant. | § § § § § § § § § § § § |

CASE NO. 4:07cv294

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 15, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Talbot Group Inc.'s Motion for More Definite Statement (Dkt. 8) and Motion to Dismiss or to Abate (Dkt. 12) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court, and Talbot Group Inc.'s Motion for More Definite

Statement (Dkt. 8) and Motion to Dismiss or to Abate (Dkt. 12) are DENIED.

**IT IS SO ORDERED.**

**SIGNED** this 11th day of March, 2008.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

2